

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-74,519-05

### EX PARTE ORLANDO FIGUEROA, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 09-CR-4411-E IN THE 148TH JUDICIAL DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine and sentenced to eighteen years' imprisonment.

Applicant has filed two habeas applications. The first application, raising eight grounds, was filed with the trial court October 13, 2015. Those eight grounds are dismissed as subsequent. TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c). The second application, raising one supplemental ground regarding Applicant's blue warrant, was filed in the trial court on November 4, 2015. That ground

is dismissed as moot.

Filed: February 10, 2016
Do not publish